No. 91–6717. BENAVIDES *v.* DIAZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–6775. BERKI, AKA BERKOWITZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6988. CURRY *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 91–6997. ALDRIDGE *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 91–7015. FAULS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7025. RANDLE *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 91–7054. TAYLOR *v.* WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 91–7072. SALAMI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7081. REESE *v.* FULCOMER, DEPUTY COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS. C. A. 3d Cir. Certiorari denied.

No. 91–7113. BICKETT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7128. MARTIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7143. THOMAS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–7159. MICKLE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–7174. PAYNE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.